**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re:<br><br>Foxwood Hills Property Owners Association, Inc.,<br><br>Debtor. | Case No. 20-02092-hb<br><br>Chapter 11<br><br>**Adv. Pro. No. 20-80049-hb** |
| Foxwood Hills Property Owners Association, Inc.,<br><br>Plaintiff.<br><br>v.<br><br>783-C LLC; *et al.*,[1]<br><br>Defendants. | **ORDER GRANTING AUTHORIZATION FOR SERVICE BY PUBLICATION UPON DEFENDANTS WHOSE MAIL SERVICE WAS RETURNED UNDELIVERABLE, AND UPON JOHN DOE, RICHARD ROE AND STEVEN STOE DESIGNATED CLASSES OF DEFENDANTS** |

This matter comes before the Court upon the motion of Plaintiff Foxwood Hills Property Owners Association, Inc. (the "**Association**") for authorization to serve by publication, pursuant to Rule 7004(c) of the Federal Rules of Bankruptcy Procedure, a summons for the Amended Complaint (the "**Amended Complaint**") filed by the Association on the defendants in this adversary proceeding who were served by first class mail, but for which the mailings were returned "undeliverable" (the "**Returned Mail Defendants,**" who are listed in **Exhibit A** attached to this Order), and the John Doe, Richard Roe and Steven Stoe designated classes of defendants

[1] Pursuant to Rule 10(a) of the Federal Rules of Civil Procedure, made applicable herein by Rule 7010 of the Federal Rules of Bankruptcy Procedure, Plaintiff Foxwood Hills Property Owners Association, Inc. is naming the first defendant in this caption, rather than listing all defendants, who number over 3,300 names and otherwise comprise a caption of over twenty-six pages.

(collectively, the "**Doe, Roe and Stoe Defendants**") included in the Amended Complaint. The motion is supported by the Affidavit of Plaintiff's Counsel (the "**Affidavit**") attached to the motion.

It appears that the Association attempted to serve the Returned Mail Defendants in compliance with Rule 4 of the Federal Rules of Civil Procedure, but is unable to determine the whereabouts and proper address for service of them. The Doe, Roe and Stoe Defendants are, by definition, unknown and must be served by publication. The Association asserts that service by publication is necessary and proper for these defendants.

In moving for authorization for service by publication, the Association further moves that it be allowed to publish service in The Journal newspaper in Oconee County, South Carolina. The Journal is a daily newspaper of general circulation published in Seneca, South Carolina, where the properties which are the subject of this adversary proceeding is located. The Association asserts that publication in The Journal is most likely to give notice of this adversary proceeding to the Returned Mail Defendants and the Doe, Roe and Stoe Defendants.

Based upon the motion, the Affidavit and the filings in the bankruptcy case and in this adversary proceeding, the Court finds and concludes as follows:

## FACTS

### A. The Bankruptcy Filing and the Adversary Proceeding

1. The Association is a property owner's association responsible for operating and maintaining a residential development known as Foxwood Hills (the "**Community**") located on Lake Hartwell in Oconee County, South Carolina. The Association filed for relief under Chapter 11 of the United States Bankruptcy Code (11 U.S.C. § 101, *et al.*, the "**Bankruptcy Code**") on

May 8, 2020, and it is in possession of its assets and managing its estate as the debtor-in-possession in this case pursuant to 11 U.S.C. §§ 1107 and 1108.

2. On July 13, 2020, the Association filed its Complaint commencing this adversary proceeding. On July 23, 2020, the Association filed its Amended Complaint to add fifty-five individuals as defendants, who had recently become owners of lots in the Community.

3. The Association states that the defendants named in the Amended Complaint (collectively, the "**Defendants**") are the owners of record of approximately 4,100 lots within the Community.

4. The Amended Complaint includes designated classes of unknown persons as defendants, in the event that unknown persons were to assert an interest in the Association and/or the matters raised in this adversary proceeding. Specifically, the Amended Complaint includes a designated class of defendants identified as the "**John Doe Defendants**," comprised of any and all heirs and assigns of the named Defendants, and any other transferees of the Defendants' interest which are not of record with the Association, including any person who may be in the military service of the United States of America; it includes a designated class of defendants identified as the "**Richard Roe Defendants**," comprised of any unknown minors or persons under disability, including incompetent persons; and it includes a designated class of defendants identified as the "**Steven Stoe Defendants**," comprised of any spouses, former spouses, relationship partners and family members of any named Defendant who believe that he or she asserts an interest in the Association and/or in the matters raised in this adversary proceeding, such as a co-interest with a named Defendant, including any person who may be in the military service of the United States of America. The Association states that it intends to file a motion for the appointment of a Guardian *Ad Litem* for the Doe, Roe and Stoe Defendants.

5. In the Amended Complaint, the Association seeks a declaratory judgment and equitable relief based on equitable principles and maxims. Specifically, the Association seeks an Order from the Court declaring that (a) all Defendants are members of the Association with equal voting rights, and (b) all Defendants must pay annual budget-based dues, fees and assessments to the Association in order to enable it to remain solvent and meet its annual approved budget.[2] The Association also seeks a declaration by the Court that the relief granted to the Association on the other causes of action shall also apply to the Doe, Roe and Stoe Defendants.

**B. Service of the Summons and Amended Complaint, and Status of the Defendants**

6. The Court issued the Summons [Doc. 3] for the Amended Complaint on August 4, 2020 (the "**Summons**"). The Summons provides that motions or answers in response to the Amended Complaint were to be filed and served within thirty (30) days of the date of the issuance of the Summons, *i.e.*, on or before September 3, 2020.

7. The Association used American Legal Claim Services, LLC ("**ALCS**"), the claims and noticing agent employed in this case pursuant to SC LBR 2081-1, to make service of the Summons and the Amended Complaint on the Defendants.

8. As stated in the Affidavit of Service of Demetrius Jenkins of ALCS filed on March 13, 2020 [Doc. 5], ALCS served the Defendants with copies of the Summons and the Amended Complaint on August 11, 2020 by first class mail, United States Postal Service (the "**USPS**"). The Association states that the service by mail was sent to all of the Defendants using their last known addresses.

9. The time allowed for the Defendants to answer or file a motion in response to the

[2] In order to effect this relief, the Association states that it requests relief including declarations that certain restrictions of record are unenforceable, rescinded and cancelled, and the reformation and revision of certain language in the restrictions applicable to the Community.

Amended Complaint expired. Out of over 3,200 named Defendants, 108 of the Defendants responded to the Amended Complaint, and the mailed Summons and Amended Complaint was returned by the USPS as undeliverable for approximately 221 of the Defendants, defined above as the Returned Mail Defendants. The Association advises that four of the Defendants were given an extension of time to respond to the Amended Complaint which expired on October 19, 2020, and two of them (Jody Lee Pope and Whitney A. Pope) filed an Answer to the Amended Complaint; they are not included in the list of Defendants the Association seeks leave to serve by publication. The Association further advises that one Defendant is deceased, and the Personal Representatives of his probate estate will be served with the Summons and the Amended Complaint. The rest of the Defendants (the "**Default Defendants**") are deemed to have received their mailings and, by not having responded to the Summons and Amended Complaint, are in default.

10. The Association filed a motion for entry of default judgment against the Default Defendants on October 13, 2020. On October 16, 2020, this Court entered the Entry of Default as to the Default Defendants. On the same date, the Court also entered the Order Regarding Motion for Default Judgment directing that the Association file a memorandum of authority supporting the relief it seeks in its request for entry of default judgment against the Default Defendants.

11. As set forth below, the Association maintains that service by publication of the Returned Mail Defendants and the Doe, Roe and Stoe Defendants is necessary and proper in this case.

### C. Inability to Otherwise Serve the Returned Mail Defendants and The Doe, Roe and Stoe Defendants

12. It appears that the Association, by and through ALCS, attempted to serve the Returned Mail Defendants by first class mail, pursuant to Rule 7004(b) of the Federal Rules of

Bankruptcy Procedure, using the last known address of each of them.

13. The Association asserts that its Second Revised Bylaws (the "**Bylaws**") provide that each member shall strictly comply with the provisions therein, citing Article XXII, Section 1 (General Provisions) of the Bylaws. The Association further asserts that the Bylaws also state that "[a]ll Members shall inform the Association in writing of the street address of their primary residence, any current post office box of primary home and business telephone numbers. . . ," citing Article IV, Section 4 (Membership) of the Bylaws. The Association states that these requirements are intended to assure that the Association has the proper means of reaching and communicating with the owners.

14. The Association asserts that Returned Mail Defendants are members of the Association and that the Bylaws are applicable to them, and, further, that notwithstanding the requirement that the Returned Mail Defendants maintain their current address with the Association, the Returned Mail Defendants failed to do so. The Association states that the Returned Mail Defendants have failed to provide the Association with current means to reach and communicate with them directly.

15. The Association states that it has no means with which to correspond with the Returned Mail Defendants. It asserts that other forms of service under Rule 4(e) - (j) of the Federal Rules of Civil Procedure (made applicable by Rule 7004(c), F.R.B.P.), likewise are not reasonably possible. The Association states that it cannot effect personal service, as it has no knowledge of the Returned Mail Defendant's location.[3] The Association notes that the Returned Mail Defendants are primarily individuals, and states that the seven of them that are entities, CDM Property Management, LLC, Equity Trust, Equity Trust FBO1601, High Vantage Land, LLC,

[3] Attempting to effect personal service on over 200 individuals would also be cost prohibitive for this estate.

Mountain Bay Investments Corp., Quickflip Properties and Westminster Land Co., have no known registered agents for service of process. The Association states that it is not known in which states these entities are incorporated, if they are still in good standing or who might be contact persons for the determination of whether a registered agent for service of process exists for them. The Association states that, accordingly, service by publication is the only reasonable means for service to be made on the Returned Mail Defendants.

16. In effecting service by publication, it would be of dubious benefit to publish the service in a newspaper of circulation local to the address that clearly is no longer valid. A Returned Mail Defendant may have resided in Georgia but moved to Tennessee. For this reason, service by publication in Oconee County, South Carolina, where the properties are located, is the most sensible place for service by publication to be made, and the publication most likely to give notice to the Returned Mail Defendants of the adversary proceeding.

18. With regard to the Doe, Roe and Stoe Defendants, by their very nature and definition, they are unknown persons who may or may not exist. There is no known address for them. They must be served by publication.

**DISCUSSION**

The Association has no viable means of serving the Returned Mail Defendants and/or the Doe, Roe and Stoe Defendants other than by publication. This inability to effect service in a more direct, focused way is due to the failure of the Returned Mail Defendants to maintain current contact information with the Association, as required under the Bylaws. The Association lacks information critical to effect service by means other than publication.

Rule 7004(c) of the Federal Rules of Bankruptcy Procedure provides as follows:

> (c) **Service by Publication.** If a party to an adversary proceeding to determine or protect rights in property in the custody of the court cannot be served as provided in Rule 4(e)–(j) F.R.Civ.P. or subdivision (b) of this rule, the court may order the

> summons and complaint to be served by mailing copies thereof by first class mail, postage prepaid, to the party's last known address and by at least one publication in such manner and form as the court may direct.

*See In re Association of Volleyball Professionals*, 256 B.R. 313, 319 (Bankr. C.D.Cal. 2000)("Rule 7004(c) permits service by publication if (1) the proceeding is to determine or protect rights in property in the custody of the court, and (2) the party cannot be served pursuant to Rule 4(e)-(j) of the Federal Rules of Civil Procedure.") Assets which are property of the estate are "property in the custody of the court." *Id.,* at 319 (citing *Gardner v. New Jersey*, 329 U.S. 565, 572-73, 67 S.Ct. 467, 91 L.Ed. 504 (1947)).

Rule 4(e)(1), F.R.Civ.P., provides for service pursuant to the process used in state court, *i.e.*, under South Carolina law, and service by publication in this case should follow the South Carolina process. In South Carolina, service by publication is governed under S.C. Code § 15-9-710 (1976, as amended). In construing this statute, the Supreme Court of South Carolina has held that, "a person may be served by publication when, (1) she is a non-resident property owner, (2) the court has subject matter jurisdiction, and (3) she cannot, with due diligence, be located within the state." *Yarbrough v. Collins*, 293 S.C. 290, 292, 360 S.E.2d 300, 301 (1987). *See In re Sand Castle South Timeshare Owners Association, Inc.*, Adversary Proceeding No. 19-80101-jw, Order entered 03/16/2020 (Bankr. D.S.C. 2020).

**1. <u>Service Upon the Returned Mail Defendants</u>**

Under South Carolina law, service by publication of the Summons is allowed when, after due diligence, the person to be served cannot be found within the State of South Carolina, as stated in an affidavit submitted to the court, and (a) the subject of the action is real or personal property in South Carolina, or (b) the defendant has or claims a lien or an interest in the property. S.C. Code § 15-9-710(5). *See also In re Sand Castle South Timeshare Owners Association, supra.* As set forth in the Affidavit, these required circumstances exist in this case.

It appears that the Association attempted service upon the Returned Mail Defendants at the only known addresses the Association has for them, and it lacks information with which it can reasonably ascertain how to serve them by means other than publication. The Returned Mail Defendants are owners of record of approximately 221 lots within the Community which are the subject of this adversary proceeding. The relief sought in the Amended Complaint with regard to the Returned Mail Defendants consists of declaratory relief affecting the rights of owners of all lots in the Community, including the lots of the Returned Mail Defendants. Pursuant to S.C. Code § 15-9-710(5), the Association should be granted authorization to serve the Returned Mail Defendants by publication.

**2. <u>Service Upon the John Doe, Richard Roe and Steven Stoe Defendants</u>.**

With regard to the Doe, Roe and Stoe Defendants, all of whom are unknown, S.C. Code § 15-9-720(b)(1) provides that a party with an interest in or lien on a parcel of real property subject to a partition action or other action affecting the property's title, may serve by publication any unknown party to the action who has an interest in or lien on the real property. The motion for authorization of such service must be accompanied by an affidavit stating that the residence of the unknown party cannot, with a reasonably diligent effort, be ascertained by the plaintiff, and that the plaintiff unsuccessfully made a reasonably diligent effort to ascertain the residence. S.C. Code § 15-9-720(b)(1). The Association satisfies these requirements.

The Association states that it has made a reasonably diligent effort to ascertain the residences of the Doe, Roe and Stoe Defendants, as part of its efforts to include all persons having an interest in the Condominiums in this adversary proceeding. However, by the very nature of unknown persons, the Association has no information with which to ascertain residences. These unknown persons may have familial relations with some of the Defendants. To this end, the

Association asserts that the unknown persons may have been apprised, directly or indirectly, by one or more of the named Defendants of this adversary proceeding.

**3. Manner in Which to Accomplish Service by Publication.**

The manner in which to accomplish service by publication under South Carolina law is governed by S.C. Code §§ 15-9-720 and 15-9-740. These statutes provide that:

1. The order for the publication of the summons shall direct that the publication be made in one newspaper designated by the Court, which appears most likely to give notice to the person to be served, for not less than once a week for three weeks. S.C. Code § 15-9-740.

2. For service by publication on unknown parties in an action for partition or otherwise affecting the title to real property, the publication is to be made in a newspaper of general circulation in the county where the property is located, once a week for not less than three weeks. S.C. Code § 15-9-720(B)(2).

3. In all cases in which publication is made, the complaint must be first filed and the summons, as published, must state the time and place of such filing. S.C. Code § 15-9-740.

Based on these provisions, service by publication in The Journal once a week for three weeks is proper for service upon the Returned Mail Defendants and upon the John Doe, Richard Roe and Steven Stoe Defendants.

Therefore, it is hereby ORDERED that:

A. The Association's motion for authorization to serve by publication the Returned Mail Defendants and the Doe, Roe and Stoe Defendants is GRANTED.

B. A new summons shall be issued for the service by publication. The Association shall provide to the Court a list of the Returned Mail Defendants in alphabetical order, which shall be attached to the new summons, and which shall be included in the service by publication.

C. The service publication shall be made in The Journal newspaper, and such notice shall be published once a week for three weeks.

D. The Association shall apply to this Court for the appointment of a Guardian *Ad Litem* for the Doe, Roe and Stoe Defendants.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**10/26/2020**

Entered: 10/26/2020

Chief US Bankruptcy Judge
District of South Carolina

# <u>EXHIBIT A</u>

**Returned Mail Defendants**

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | **Foxwood Hills Property Owners Association** | | | | | | | |
| 2 | **Returned Mail from Adversary Proceeding 20-80049 Mailing** | | | | | | | |
| 3 | | | | | | | | |
| 4 | Creditor Last Name | Creditor First Name | Address | Line 2 | City | State | Zip Code | Country |
| 5 | ADAIR | REEVES | 402 N MAIN STREET - APT 202 | | ANDERSON | SC | 29621-5655 | |
| 6 | ADAIR | JOYCE | 402 N MAIN STREET - APT 202 | | ANDERSON | SC | 29621-5655 | |
| 7 | ANDEREASI | ORAZIO | UNARE 1 CARRERA GUARAPICHE ED FIAT | | BOLIVAR | | | VENEZUELA |
| 8 | ANDREASI | ORAZIO | UNARE 1 CARRERA GUARAPICHE ED FIAT | | BOLIVAR | | | VENEZUELA |
| 9 | ANDREASI | PAOLA | UNARE 1 CARRERA GUARAPICHE ED FIAT | | PUERTO ORDAZ | | | |
| 10 | BAIN | JOHN A | 29081 US 19 N LOT 22A | | CLEARWATER | FL | 33761 | |
| 11 | BALLOCH | VERA | PO BOX 5045 | | GREENVILLE | SC | 29606 | |
| 12 | BALLOCH | JIM | PO BOX 5045 | | GREENVILLE | SC | 29606 | |
| 13 | BANKS | THELMA | 658 N STATE ST APT 33 | | RICHMOND | VA | 23249-6162 | |
| 14 | BARNARD | ELIZABETH | 3 MOUNT CHEVAL PETRUS STR | RIETVALLEJRAN | PRETORIA | | | SOUTH AFRICA |
| 15 | BARNARD | TERTIUS | 3 MOUNT CHEVAL | PETRUS STR RIETVALLEJRAN | PRAETORIA | | | SOUTH AFRICA |
| 16 | BECKETT | STACY | 431 MOUNT PLEASANT ROAD | | WESTMINSTER | SC | 29693 | |
| 17 | BERRY | JOHN | 7626 VISTAVIEW DR | | Cornelius | NC | 28031-8718 | |
| 18 | BINION JR | JOHN I | PO BOX 215 | | LITHONIA | GA | 30058-0215 | |
| 19 | BLACKWELL | SHAWN F | 811 S COMMERICAL A-7 | | BRANSON | MO | 65616 | |
| 20 | BLACKWELL | WILLIAM E | 5 ANGLE WING COURT | | TAYLORS | SC | 29687 | |
| 21 | BONDS JR | ROY H | 2115 SHADY LANE | | TUCKER | GA | 30084 | |
| 22 | BROADWELL | MARK W | 2201 TODDS LN | | HAMPTON | VA | 23666 | |
| 23 | BROWN | CRYSTAL | 800 E MAIN ST | | WESTMINSTER | SC | 29693 | |
| 24 | BROWN | MITCH | 1127 ELDRIDGE PKWY #300-105 | | HOUSTON | TX | 77077 | |
| 25 | BROWN | E H | PO BOX 983 | | GREER | SC | 29650 | |
| 26 | BRYAN | DONALD | 615 WALDEN SHORES LANE | | BRUNSWICK | GA | 31525 | |
| 27 | BUGG | BRENDA | 3116 MOUNT OLIVE CHURCH RD | | MORGANTON | NC | 28655 | |
| 28 | BUGG | JAMES | 3116 MOUNT OLIVE CHURCH RD | | MORGANTON | NC | 28655 | |
| 29 | BURCH | THEODOR | 202 CEDAR RIDGE DR | | WESTMINSTER | SC | 29693 | |
| 30 | BUTTS | TIM A | 131 SWEETBRIAR TRL | | WESTMINSTER | SC | 29693 | |
| 31 | CANFIELD | ALICIA TUTEN | 206 PECAN DRIVE | | WESTMINSTER | SC | 29693 | |
| 32 | CARLTON | TIM | 101 TOWNCREEK RD | | AIKEN | SC | 29803 | |
| 33 | CARRILLO | UBALDO | 728 JUSTICE RIDGE ROAD | | CANDLER | NC | 28715 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 34 | CARTER | LESTER J | 99 BAY ST NE | | FAIRBURN | GA | 30213 | |
| 35 | CASTRO | JOSE ANTONIO | URB VILLA GRANADA AV PUERTO RICO | LA GUARIMBA #11 | BOLIVAR | | | VENEZUELA |
| 36 | CDM PROPERTY MANAGEMENT LLC | | 7000 SOUTH COTTONWOOD STREET | | MIDVALE | UT | 84047 | |
| 37 | CHAMPITTO | TODD J | 9 GROVE WAY | | BLUFFTON | SC | 29910 | |
| 38 | CHEWNING | RON | 516 HANDSOME OAK DR | | HARDEEVILLE | SC | 29928 | |
| 39 | CHILDS | KENNETH L | PO BOX 11367 | | COLUMBIA | SC | 29211-1367 | |
| 40 | COLE | HOWARD J | 75 CONY ROAD | | AUGUSTA | ME | 4330 | |
| 41 | COLLIER | FAY W | 1635 DOGWOOD ST | | CAYCE | SC | 29033 | |
| 42 | CONNORS | MARIE D | 502 TEAL TRL | | GREENVILLE | SC | 29605 | |
| 43 | CRAWFORD | JERRY L | 2832 MARIETTA ST SE | | SALEM | OR | 97302-9607 | |
| 44 | CRONAN | MAUREEN | 13A FOLGER AVENUE | | BEVERLY | MA | 1915 | |
| 45 | DAMATO | JEAN M | 14011 WEST HYDE PARK DR | | FORT MYERS | FL | 33912 | |
| 46 | DANESHFOROUZ | MONIER | 2201 PARADISE ROAD | | LAS VEGAS | NV | 89104 | |
| 47 | DAVIDSON | PHILLIP L | PO BOX 482 | | LAKEMONT | GA | 30552 | |
| 48 | DE JESUS C DE | TERESA | 3440 HOLLYWOOD BLVD SUITE 415 | | HOLLYWOOD | FL | 33021 | |
| 49 | DEL MORAL | MARCOS LIZARDO | CALLE COLON, QUINTA URBANIZACI PRADOS | DEL ESTE MUNICIPIO BARU | CARACAS | | 1080 | VENEZUELA |
| 50 | DIAZ | TANECHIA | 1633 BIRDIE DR | | NAPLES | FL | 34120-0539 | |
| 51 | DIAZ | GUADALUPE | 1633 BIRDIE DR | | NAPLES | FL | 34120-0539 | |
| 52 | DODGENS | DOROTHY M | 312 GASTON CIRCLE | | WESTMINSTER | SC | 29693 | |
| 53 | DOTSON | DORIS | 201 SADDLEWOOD COVE CT | | WESTMINSTER | SC | 29693 | |
| 54 | DUFFY | JOHN | 101 BRANDYWINE DRIVE | | SUMMERVILLE | SC | 29485 | |
| 55 | DULA | ANDREW S | 104 YARROW CT | | WINCHESTER | VA | 22602 | |
| 56 | DUQUE | DAIRO | CALLE ARUBA CON CURACAO QUINTA LA DUQUEZ | VILLA ANTILLANA | BOLIVAR | | | VENEZUELA |
| 57 | DURDEN | HAZEL | PO BOX 22 | | CONYERS | GA | 30012 | |
| 58 | DWYER | SHERI | 2730 W LAKE STREET - APT 906 | | MINNEAPOLIS | MN | 55416-4704 | |
| 59 | ECKHOLT | THOMAS | 301 KINSTON LOOP | | WESTMINSTER | SC | 29693 | |
| 60 | EQUITY TRUST | | PO BOX 1409 | | ELYRIA | OH | 44036 | |
| 61 | EQUITY TRUST FBO1601 | | PO BOX 1409 | | ELYRIA | OH | 44036 | |
| 62 | ESPOSITO | LOUIS | 216 NEW TIMBER TRAIL | | SENECA | SC | 29672 | |
| 63 | ESTRADA | ROSA | 308 SUTTON COVE RD | | WEST UNION | SC | 29696 | |
| 64 | ESTRADA | JUAN IGNACIO MEDINA | 706 HUNTINGTON RIDGE COURT | | WESTMINSTER | SC | 29693 | |
| 65 | EVANS | JIMMY | 223 STRICKLAND DRIVE | | LUTHERSVILLE | GA | 30251-2035 | |
| 66 | EVANS | LAFRENDA | 223 STRICKLAND DRIVE | | LUTHERSVILLE | GA | 30251-2035 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 67 | EXIGENICS INC | | 351 S CHURCHILL DRIVE | | ST AUGUSTINE | FL | 32086 | |
| 68 | FAILE | CATHERINE B | 813 PHACKSTON DR | | SPARTANBURG | SC | 29307 | |
| 69 | FARRELL | LORRAINE | 6510 S HAZELTON LANE #166 | | TEMPE | AZ | 85283 | |
| 70 | FEHRENBACH | EDWARD | 484 S BROADWAY LOOP 28 | | SALEM | NH | 3079 | |
| 71 | FELIX | WILLIAM | 441 PATLA RD | | SWEET VALLEY | PA | 18656 | |
| 72 | FEO | FRANCISCO | 7878 NW 46th STREET PTY 3924 | | DORAL | FL | 33166 | |
| 73 | FITZGERARALD | JEFFREY | 2230 S LOARA STREET | NO107 | ANAHEIM | CA | 92802 | |
| 74 | FLANIGAN | TERI | PO BOX 1171 | | CUTCHOQUE | NY | 11935-0875 | |
| 75 | FLICKINGER | MARK | 6510 S HAZELTON LANE #166 | | TEMPE | AZ | 85283 | |
| 76 | FOOTE | IRA T | 226 APOLLO DR | | SENECA | SC | 29672 | |
| 77 | FOSTER JR | AMOS D | 16 LYNNSTONE CT | | ASHEVILLE | NC | 28805 | |
| 78 | FOWLER | JEFFERY R | 325 MARYMEADE DR, APT 403 | | SUMMERVILLE | SC | 29483 | |
| 79 | FREEMAN | JEFF | 864 EAST CONFEDERATE AVE | | ATLANTA | GA | 30315 | |
| 80 | FREIJE | GEORGE E | 343 MAPLECREST CIRCLE | | JUPITER | FL | 33458 | |
| 81 | FULP | JAMES A | 102 LADBROKE RD | | GREENVILLE | SC | 29615-2825 | |
| 82 | GALLENO | RAYMOND | 8915 TWIN TRAIL DR | | HUNTERSVILLE | NC | 28078 | |
| 83 | GAMBOA | YANETH SAADE | EDIF LA MASIA, APTO 12 | | SANTA MONICA | | | |
| 84 | GARCIA | LUIS CANTERO | URBANIZACION CHUAO,AV PRINCIP DE CHUAO | QTA LA CANTERA | CARACAS | | 1061 | VENEZUELA |
| 85 | GASPER | GARY | 105 REDWOOD DRIVE | | VIDALIA | GA | 30474 | |
| 86 | GEORGES | LILIANE | 5036 RUE BOYER | | | QC | | CANADA |
| 87 | GILREATH | RUBY | 400 S 2ND ST | | EASLEY | SC | 29640-2949 | |
| 88 | GIRALDO | MARGARITA MARIA TORO | 706 HUNTINGTON RIDGE COURT | | WESTMINSTER | SC | 29693 | |
| 89 | GORDON | MAGGIE | PO BOX 303 | | FAIR PLAY | SC | 29643 | |
| 90 | GRANADO | SERGIO R | #165 MANZANA 9 AV EEUU URBANIZACION | VILLA ALIANZA | BOLIVAR | | | VENEZUELA |
| 91 | GREER | CAROL | 204 OVER CREEK RD | | GREENVILLE | SC | 29607-5438 | |
| 92 | GUSTAVO | PEREZ | 308 SUTTON COVE RD | | WEST UNION | SC | 29696 | |
| 93 | HACKNEY | TYLER | PO BOX 1618 | | ELYRIA | OH | 44036 | |
| 94 | HAMILTON | MARK | | | | | | |
| 95 | HAMILTON | LARRY | PO BOX 482 | | LAKEMONT | GA | 30552 | |
| 96 | HAMMOND | J D | PO BOX 304 | | LAVONIA | GA | 30553 | |
| 97 | HANNAH | REBECCA | PO BOX 26 | | HUBERT | NC | 28359-4547 | |
| 98 | HANNAH | SHAWN | PO BOX 26 | | HUBERT | NC | 28359-4547 | |
| 99 | HARBISON | GLORIA | PO BOX 33352 | | CLEMSON | SC | 29633-3352 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 100 | HIGH VANTAGE LAND, LLC | | 6650 RIVERS AVE SUITE 100 | | CHARLESTON | SC | 29406 | |
| 101 | HOWARD | MARK | 128 BRADBURY WAY | | WESTMINSTER | SC | 29693 | |
| 102 | HOWLETT | KAREN J | 57 MOUNTAIN SPRINGS RD | | FRANKLIN | NC | 28734 | |
| 103 | HOWLETT | CHARLES | 57 MOUNTAIN SPRINGS RD | | FRANKLIN | NC | 28734 | |
| 104 | HUNNICUTT | COURTNEY | PO BOX 1605 | | ANDERSON | SC | 29622 | |
| 105 | HUTH | SHELLIE | 1701 PLUNKETT RD | | BUFORD | GA | 30519 | |
| 106 | HUTH | DANIEL | 1701 PLUNKETT RD | | BUFORD | GA | 30519 | |
| 107 | JACOBS | WILLIE E | 307 CHERRWOOD DR | | WESTMINSTER | SC | 29693 | |
| 108 | JENKINS | ANDREA | 206 PARK PLACE DRIVE | | SENECA | SC | 29678 | |
| 109 | JONES | ROLAND | PO BOX 233 | | SLATER | SC | 29683-0233 | |
| 110 | JUNG | ELSIE A | 2632 IRA ROAD | | AKRON | OH | 44333 | |
| 111 | KAMENOV | NIKOLAY | PO BOX 9126 | | AVON | CO | 81620 | |
| 112 | KEARSE | PHILLIP | 46 WEST PARK | | WEISER | ID | 83672 | |
| 113 | KEMPF | CHARLES | 577 WHISPERING PINES DR | | WESTMINSTER | SC | 29693 | |
| 114 | KEMPF | SALLY | 145 LAKELAND HILLS BLVD UNIT 309 | | LAKELAND | FL | 33805-1940 | |
| 115 | KIKER | JOYCE | 833 SOUTH INGRAHAM AVENUE | | LAKELAND | FL | 33801 | |
| 116 | KNIGHT | WENONA E | 365 PACES FERRY RD | | MARTINEZ | GA | 30907 | |
| 117 | KRUER | THOMAS J | 243 CREEK DR | | HULL | GA | 30646 | |
| 118 | LABRANA | GISELA V | RESD CORALITO | | CARACAS | BA | | VENEZUELA |
| 119 | LAMBETH | SARA C | 1077 PLANTATION BLVD SE | | CONYERS | GA | 30094 | |
| 120 | LANZ | RAUL | 170 21 AVE | | ST PETERSBURG | FL | 33706 | |
| 121 | LARGE | THOMAS A | 201 CURICO LN | | SUMMERVILLE | SC | 29483-8975 | |
| 122 | LARGE | ELISA | 201 CURICO LN | | SUMMERVILLE | SC | 29483-8975 | |
| 123 | LAUGHTER | ROBERT | 100 WINDSOR COVE | | WESTMINSTER | SC | 29693 | |
| 124 | LAUGHTER | JANET | 100 WINDSOR COVE | | WESTMINSTER | SC | 29693 | |
| 125 | LEROUX | RICHARD C | 291 FLAGSTONE WAY | | ACWORTH | GA | 30101 | |
| 126 | LEWIS | KENNETH | 273 DEEP GAP LOOP RD | | FLAT ROCK | NC | 28731 | |
| 127 | LORENZO | PAULA | 833 SOUTH INGRAHAM AVENUE | | LAKELAND | FL | 33801 | |
| 128 | LORENZO | PEDRO | 833 SOUTH INGRAHAM AVENUE | | LAKELAND | FL | 33801 | |
| 129 | LUDY | CHRISTOPHER | 19108 TURKEY TRAIL | | WILDWOOD | MO | 63038 | |
| 130 | LYKINS | JEWEL | 111 COLONIAL RD | | MARTINEZ | GA | 30907 | |
| 131 | MACLOUD | LONE SKY | 3000 ATRIUM WAY SUITE 233 | | MOUNT LAUREL | NJ | 8054 | |
| 132 | MAIER | DR JOERG | 618 VISTA VIEW DRIVE | | ASHEVILLE | NC | 28803-8572 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 133 | MAKLOGIN | SERGEI | 35 SUMMERFIELD CT APT 213 | | HILTON HEAD ISLANI | SC | 29926 | |
| 134 | MALLINI | JOSEPH J | 225 POINTE OVERLOOK DR | | CHAPIN | SC | 29036-8677 | |
| 135 | MARCHBANKS | MISTY | 104 DONALD DR | | EASLEY | SC | 29642 | |
| 136 | MCCABE | SUMIE | 108 JEFFERSON DRIVE | | WESTMINSTER | SC | 29693 | |
| 137 | MCCORMICK | JONATHAN | 236 SHANNONDOAH DR | | WESTMINSTER | SC | 29693 | |
| 138 | MCKINLEY | RAYMOND | | | | | | |
| 139 | MCPHEARSON | JERRY | 206 NEWBURY CIRCLE | | WESTMINSTER | SC | 29693 | |
| 140 | MEROLA | CLAUDIO S | CARRETERA NACIONAL VIA | SAN FER DE APURE, GALPON | GUARICO | | | VENEZUELA |
| 141 | MILLER | LESLIE W | PO BOX 2985 | | STOCKBRIDGE | GA | 30281-8939 | |
| 142 | MORGAN | KELLY | 273 DEEP GAP LOOP RD | | FLAT ROCK | NC | 28731 | |
| 143 | MORONEY | BRIAN J | PO BOX 211 | | SENECA | SC | 29678 | |
| 144 | MORROW | MARGARET | PO BOX 303 | | FAIR PLAY | SC | 29643 | |
| 145 | MOUNTAIN BAY INVESTMENTS CORP | | 100 MTS DE HIDROBOMBA UNARE | 1 CALLE VENTUARI A | BOLIVAR | | | VENEZUELA |
| 146 | NORRIS | J C | 1057 CAMING ESPUELAS | | CHULA VISTA | CA | 91910-7975 | |
| 147 | ONAFUWA | MIKE B | 1171 NW 15TH COURT # 1 | | BOCA RATON | FL | 33486 | |
| 148 | ONEAL | ROBERT | 12 PINECROFT DRIVE | | TAYLORS | SC | 29687 | |
| 149 | ORTIZ | KAREN | 886 HARBOR INN TERRACE | | CORAL SPRINGS | FL | 33071 | |
| 150 | OSBORNE | RAYMOND | PO BOX 603 | | ISLAND HEIGHTS | NJ | 8732 | |
| 151 | PATRICK | CYNTHIA | PO BOX 835 | | TOCCOA | GA | 30577 | |
| 152 | PEAY | JEFFERY T | PO BOX 525 | | WESTMINSTER | SC | 29693 | |
| 153 | PEAY | JEFFERY T | 1226607 SEC F LOT 198 | | WESTMINSTER | SC | 29693 | |
| 154 | PERKINS | TERRI W | 111 HICKORY TRAIL | | WESTMINSTER | SC | 29693 | |
| 155 | PETITI | MIGUELINO M | QUINTA MONACO 523 CALLE MANAUR | | CARACAS | | 1071 | VENEZUELA |
| 156 | PITT | BRYNA | 4325 ALTA DR, APT 2305 | | SUWANEE | GA | 30024-6685 | |
| 157 | POINTER | GREGORY | 116 SPARTAN DRIVE | | WESTMINSTER | SC | 29693 | |
| 158 | POINTER | MARTHA | 116 SPARTAN DRIVE | | WESTMINSTER | SC | 29693 | |
| 159 | PORTER | JAMES N | 4064 PINEWOOD TER NW | | LILBURN | GA | 30047 | |
| 160 | POYNTER | JULIE | PO BOX 215 | | LITHONIA | GA | 30058-0215 | |
| 161 | QUICKFLIP PROPERTIES | | 106 ROWE RD #105 | | STAUNTON | VA | 24401 | |
| 162 | QUINN | SUNNIE A | 18825 NW 8TH AVE | | MIAMI | FL | 33169-3811 | |
| 163 | QUINN | GILLITTIA A | 18825 NW 8TH AVE | | MIAMI | FL | 33169 | |
| 164 | RESTREPO | CLAUDIA ESPERANZA | CRISTINA CASA #1 | | PUERTO ORDAZ | | | VENEZUELA |
| 165 | REVERON | EDGAR F | CALLE B, RESIDENCIAS 19 PISO 1 | APTO1-A U | CARACAS | | 1061 | VENEZUELA |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 166 | RIVAS | WILFREDO | URBANIZACION YARA YARA 1 | MANZANA 25 #18 | | | | VENEZUELA |
| 167 | ROBERTS | WILLIAM T | 412 CHERRWOOD DRIVE | | WESTMINSTER | SC | 29693 | |
| 168 | ROGERS | JOHN P | 2395 LOUPIN DR, APT 39B | | CLARKSVILLE | TN | 37042 | |
| 169 | ROLLINS | WAYNE M | PO BOX 413 | | PLYMOUTH | FL | 32768-0413 | |
| 170 | ROPER | EARL G | 599 INDUSTRIAL PARK RD | | FRANKLIN | NC | 28734 | |
| 171 | ROPER | KATHERINE | 599 INDUSTRIAL PARK RD | | FRANKLIN | NC | 28734 | |
| 172 | SAADE | CLAUDIA | URBANIZACION STA | MONICA AV BOLET PERAZA | CARACAS | | 1041 | VENEZUELA |
| 173 | SEFER | ADAM | PO BOX 2621 | | LANCASTER | PA | 17608 | |
| 174 | SEKULA | PATTI | 748 MARIETTA STREET NW | | ATLANTA | GA | 30318 | |
| 175 | SEKULA II | CHARLES | 748 MARIETTA STREET NW | | ATLANTA | GA | 30318 | |
| 176 | SHELOW, JR | PATRICK | 38 PARK PINES CT | | GRANTVILLE | GA | 30220 | |
| 177 | SHEPHERD | MARY LYNN | 2579 DEMPSEY BEOWN RD | | DEWY ROSE | GA | 30634 | |
| 178 | SHIRES | DAVID WESLEY | 210 SPRINGWATER DR | | SPARTANBURG | SC | 29303 | |
| 179 | SIGMUND-WITCHEY | ALEXANDRIA | 400 BENNINGTON L | | WELLINGTON | FL | 33467-3066 | |
| 180 | SILVER | THOMAS | 170 21 AVE | | ST PETERSBURG | FL | 33706 | |
| 181 | SIMMONS | MAUREEN | 11 SOUTHCOURT AVE | | PAGET | | PG-06 | BERMUDA |
| 182 | SIMMONS | EUGENE | 11 SOUTHCOURT AVE | | PAGET | | PG-06 | BERMUDA |
| 183 | SINCLAIR | JULIUS B | 1009 SUSSEX DR | | WESTMINSTER | SC | 29693 | |
| 184 | SLOAN | DORIS | 325 MARYMEADE DR APT 403 | | SUMMERVILLE | SC | 29483 | |
| 185 | SMITH | GARY L | PO BOX 1297 | | TOCCOA | GA | 30577 | |
| 186 | STAPLES | WALTER | 116 SPARTAN DRIVE | | WESTMINSTER | SC | 29693 | |
| 187 | STEEDLEY | RAINIE | 475 WELLINGTON DR | | RIDGELAND | SC | 29936-6956 | |
| 188 | STEEDLEY | CHARLES C | PO BOX 1042 | | BLUFFTON | SC | 29910 | |
| 189 | STELL | HORALD L | 468 ARNOLD MILL RD | | WOODSTOCK | GA | 30188 | |
| 190 | STELL | GAYE | 468 ARNOLD MILL RD | | WOODSTOCK | GA | 30188 | |
| 191 | STONE | JASON A | 119 TANYA LN | | SHELBY | NC | 28152 | |
| 192 | TAYLOR | BRENDA | 111 NORWOOD LN | | WESTMINSTER | SC | 29693 | |
| 193 | TAYLOR | JOHN K | 2771 CHURCH STREET | | BLACKSTOCK | ON | | CANADA |
| 194 | TERRY E HOWARD | JEFFERY R | 150 JADEWOOD CT | | WESTMINSTER | SC | 29693 | |
| 195 | THALE | SONYA | | | | | | |
| 196 | THOMAS | JUDITH A | 116 EDWARDS ST | | ELBERTON | GA | 30635 | |
| 197 | THORP | SARAH | PSC 46 BOX 657 | | APO | AE | 09469-0007 | |
| 198 | TREJO | VANESSA | 103 KINSTON LOOP DRIVE | | WESTMINSTER | SC | 29693-6319 | |

| | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 199 | TRIPP | STEPHANIE | PO BOX 864 | | DEMOREST | GA | 30535-0864 | |
| 200 | TUCKER | PETER W | PO BOX 522736 | | LONGWOOD | FL | 32752-2736 | |
| 201 | VARGAS | DANIEL | 706 HUNTINGTON RIDGE COURT | | WESTMINSTER | SC | 29693 | |
| 202 | VAUGHN | TONY | 119 DORIAN DR | | WESTMINSTER | SC | 29693 | |
| 203 | VAZQUEZ | ANTONIO | 101 LOOP CIRCLE | | WESTMINSTER | SC | 29693 | |
| 204 | VELENCIA | ANA PAULINA | 3440 HOLLYWOOD BLVD STE 415 | | HOLLYWOOD | FL | 33021 | |
| 205 | VELEZ | SERGO IGNACIO GALLO | 3440 HOLLYWOOD BLVD STE 415 | | HOLLYWOOD | FL | 33021 | |
| 206 | VENTURI | BRUNELLO | 4 AVENIDA CENTRO ADMINISTRATIVO #D-4 | | GUARICO | | | VENEZUELA |
| 207 | WALDROP | MICHAEL | 250 LONG SHOALS ROAD | | MARIETTA | SC | 29661 | |
| 208 | WALDROP | DAVID | 250 LONG SHOALS ROAD | | MARIETTA | SC | 29661 | |
| 209 | WALDROP | LARRY | 250 LONG SHOALS ROAD | | MARIETTA | SC | 29661 | |
| 210 | WASHINGTON | BERNARD W | PO BOX 24115 | | COLUMBIA | SC | 29224 | |
| 211 | WATSON | LARRY M | 100 PINE MANOR CIR APT 4 | | WALHALLA | SC | 29691-2163 | |
| 212 | WATSON | JUDY | 224 NORTHEAST DRIVE | | SPARTANBURG | SC | 29303 | |
| 213 | WATSON | RICHARD C | 224 NORTHEAST DRIVE | | SPARTANBURG | SC | 29303 | |
| 214 | WESTALL | MARGARET | 1 FLITWICK ROAD MAULDEN | | BEDFORDSHIRE | | MK452DN | UNITED KINGDOM |
| 215 | WESTALL | ROY | 1 FLITWICK ROAD MAULDEN | | BEDFORDSHIRE | | MK452DN | UNITED KINGDOM |
| 216 | WESTBURY | MATTHEW | 306 LOOP CIRCLE | | WESTMINSTER | SC | 29693 | |
| 217 | WESTMINSTER LAND CO LLC | | 247 SW 8th ST, SUITE 140 | | MIAMI | FL | 33130 | |
| 218 | WHEELER | RICHARD S | 236 SHANNANDOAH DR | | WESTMINSTER | SC | 29693-6640 | |
| 219 | WICKE | THOMAS H | 7350 BROADWAY | | DENVER | CO | 80221-3610 | |
| 220 | WISE | MARTHA F | 1611 DOGWOOD STREET | | CAYCE | SC | 29033 | |
| 221 | WYMAN | JASON | PO BOX 672 | | FRANCONIA | NH | 3580 | |
| 222 | ZAGERIS | RAIVO | 4399 SOUTH LANDING DRIVE | | MARIETTA | GA | 30066 | |
| 223 | ZVANOVEC | GARY | 2080 ROSALEE COURT | | KELONA VI | BC | 7321 | |