**United States Bankruptcy Court**
**District of South Carolina**

Case Number: 20–02092–hb

Adversary/Complaint Number: 20–80049–hb

Name of Debtor(s): Foxwood Hills Property Owners Association, Inc.

**Foxwood Hills Property Owners Association, Inc.**

Plaintiffs(s)

v.

**783–C LLC; et al.,**

Defendants(s)

**DEFICIENCY NOTICE**

| Filed By The Court |
|---|
| **1/28/21** |
| **Laura A. Austin** |
| **Clerk of Court** |
| **US Bankruptcy Court** |

To: Christopher A. Pierce

You have submitted a document for filing, Response to Objection, which was received by the Court on 01/26/2021. In accordance with **Operating Order 20–05 (Filing of Documents by Pro Se Parties)**, the Response to Objection is deficient for the following reason(s):

☐ You did not include a copy of a government issued photo identification of debtor(s) or filer that includes the party's name and address.

☐ You did not submit a statement detailing the inability to file in person or by mail.

☑ The document did not reflect an original handwritten signature.

☐ You did not submit the required filing fee of $

☐ The documents were filed electronically but you did not mail the original documents to the Clerk of Court within seven (7) days of electronic transmission.

☐ Other:

The failure to cure any listed deficiency within seven (7) days from the entry of this notice could result in further action, including, but not limited to, denial of the relief requested or other adverse action. For questions regarding this deficiency notice, please contact the Clerk's Office at 803–765–5436.

Laura A. Austin
Clerk of Court
United States Bankruptcy Court

By: E Mays, Deputy Clerk
1100 Laurel Street
Columbia, SC 29201–2423
(803) 765–5436

United States Bankruptcy Court
District of South Carolina

Foxwood Hills Property Owners Associatio,
    Plaintiff

Adv. Proc. No. 20-80049-hb

Adair,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0420-7 | User: admin | Page 1 of 8 |
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Chris Pierce, 605 White Owl Ln., Seneca, SC 29678-5938 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 30, 2021      Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 28, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James Logan | on behalf of Defendant Oconee County FLC manley@loganandjolly.com |
| Julio E. Mendoza, Jr. | on behalf of Plaintiff Foxwood Hills Property Owners Association Inc. rmendoza@nexsenpruet.com, ecf@nexsenpruet.com |
| Kyle A Brannon | on behalf of Counter-Defendant Foxwood Hills Property Owners Association Inc. kbrannon@nexsenpruet.com |
| Kyle A Brannon | on behalf of Plaintiff Foxwood Hills Property Owners Association Inc. kbrannon@nexsenpruet.com |
| Michael Bland Dodd | on behalf of Defendant Daniel Means michael@thedoddlawfirm.com |
| Michael Bland Dodd | |

Case 20-80049-hb    Doc 239    Filed 01/30/21    Entered 01/31/21 00:23:48    Desc Imaged
Certificate of Notice    Page 3 of 9

| District/off: 0420-7 | User: admin | Page 2 of 8 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

| | |
|---|---|
| | on behalf of Defendant Alice Kemp michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Ned G Holbrooks michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Virginia L Halbman michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant William Cook michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Melissa Gray michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Robert D Clark michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Virginia McMillan michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Leila Vitale michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Mary Ann Fowler michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Sandie Fee Romer michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Lawrence S Haff michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Deborah Ferrandino michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Dennis W Reid michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Michael Stasney michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Thelma B Tesner michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Thomas L Miller michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Ronald P Hadley michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Kim Axberg michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant John M Wymer michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Sandie Fee Romer michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Donna Williams michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Jessica P Clark michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Counter-Claimant Thomas Miller michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Robin E Kingeter michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Debra L Lange michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Mona L Manley michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Michael D'Antonio Jr. michael@thedoddlawfirm.com |
| Michael Bland Dodd | |
| | on behalf of Defendant Rita Humes michael@thedoddlawfirm.com |

Case 20-80049-hb    Doc 239    Filed 01/30/21    Entered 01/31/21 00:23:48    Desc Imaged
Certificate of Notice    Page 4 of 9

| District/off: 0420-7 | User: admin | Page 3 of 8 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

Michael Bland Dodd
    on behalf of Counter-Claimant Daniel Means michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Linda Torri michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Stephen M Hicks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Interested Party Ned G Holbrooks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Richard Gray michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Scott McCullock michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Christopher Martin michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Jason Axberg michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Arthur Belge michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Stephen Hicks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Luis C Gonzalez michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Charles L Stegman michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Lorene Feagley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Rita Humes michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Sandra Stasney michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Brent Knerr michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Jack Hubbart michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Crystal Martin michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Cynthia Griffith michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Luis C Gonzalez michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Amanda M Belge michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Richard F Dixon michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Gwendolyn Turner michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Shelley Hicks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Richard Presnell michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Crystal Brown michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Bobbie J Turner michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Antonio Lozada michael@thedoddlawfirm.com

Case 20-80049-hb    Doc 239    Filed 01/30/21    Entered 01/31/21 00:23:48    Desc Imaged
Certificate of Notice    Page 5 of 9

| District/off: 0420-7 | User: admin | Page 4 of 8 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

Michael Bland Dodd
    on behalf of Defendant Charles Anders michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Darrel Robinson michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Christopher Martin michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Lawrence S Haff michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Gigi Guthrie michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Lorene Feagley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant John Wymer michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Jacqueline Parker michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Thomas J Torri michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant David Griffith michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant James P Hall michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Gwendolyn Turner michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Kim Axberg michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Virginia McMillan michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Ellen Grim michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Mona Manley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Crystal Brown michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Judy Gamber michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Martin F VanEerd michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Doug Gamber michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Doug Gamber michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant James P Hall michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Rod Ferrandino michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Ellen Grim michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Scott McCullock michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Sadie Investments michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Christine M McCullock michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Peggy Upchurch michael@thedoddlawfirm.com

Case 20-80049-hb    Doc 239    Filed 01/30/21    Entered 01/31/21 00:23:48    Desc Imaged
Certificate of Notice    Page 6 of 9

| District/off: 0420-7 | User: admin | Page 5 of 8 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

Michael Bland Dodd
    on behalf of Counter-Claimant Mary Ann Fowler michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Sadie Investments michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Thomas J Heller michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Donald Humes michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Michael Stasney michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Leila Vitale michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Deborah Ferrandino michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant David Griffith michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Martha Poole michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Vito Vitale michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Janet Malone michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Ronald P Hadley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Mary M Cook michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Dennis W Reid michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Donna Williams michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Thomas Miller michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Alice Kemp michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Jacqueline Parker michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Jessica P Clark michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Rod Ferrandino michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Jody M Patterson michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Thomas J Heller michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Martin F VanEerd michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Tina R Worley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Robert Clark michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Antonio Lozada michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Tina R Worley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Robin E Kingeter michael@thedoddlawfirm.com

| | | |
|---|---|---|
| District/off: 0420-7 | User: admin | Page 6 of 8 |
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

Michael Bland Dodd
    on behalf of Defendant Peggy Upchurch michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Janet Malone michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Vito Vitale michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Michael Thompson michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Melissa Gray michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Jack Hubbart michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Thomas J Torri michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Lisa Holbrooks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Thelma Tesner michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Kimberly B Clark michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Charles L Stegman michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Tonuya Hubbart michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Rhonda Miller michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Rex Feagley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Gigi Guthrie michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant James Guthrie michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Shelley Hicks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Jason Axberg michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Ronald Hadley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Jed W Masters michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Sandra Stasney michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Debra Lange michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Hugh C McMillan III michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Richard Frost michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Donna Lemmon michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Joe Tesner michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Donna Lemmon michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Tina Worley michael@thedoddlawfirm.com

Case 20-80049-hb  Doc 239  Filed 01/30/21  Entered 01/31/21 00:23:48  Desc Imaged
Certificate of Notice    Page 8 of 9

| District/off: 0420-7 | User: admin | Page 7 of 8 |
|---|---|---|
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

Michael Bland Dodd
    on behalf of Defendant Brent Knerr michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Shirley Frost michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Bobbie J Turner michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Debra H VanEerd michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Virginia L Halbman michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Amanda Belge michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Christine M McCullock michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant John M Wymer michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant James Parker michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant James Alan Guthrie michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Joe Upchurch michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Joe Upchurch michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Debra Van Eerd michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Rex Feagley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant William Cook michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Mary Cook michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Joe L Tesner michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Richard Gray michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Michael Thompson michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Donald Humes michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Darrel Robinson michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Rhonda Miller michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Martha Poole michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Debra L Lange michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Stephen M Hicks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Richard Presnell michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Michael D'Antonio Jr. michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Interested Party Bobbie J Turner michael@thedoddlawfirm.com

| | | |
|---|---|---|
| District/off: 0420-7 | User: admin | Page 8 of 8 |
| Date Rcvd: Jan 28, 2021 | Form ID: 328BNC | Total Noticed: 1 |

Michael Bland Dodd
    on behalf of Counter-Claimant Judy K. Gamber michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Ned G Holbrooks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Tonuya Hubbart michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Kimberly Clark michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Debra H VanEerd michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Linda Torri michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Martin F Van Eerd michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Mona L Manley michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Cynthia Griffith michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Crystal Martin michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Charles Anders michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Hugh C McMillan  III michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Arthur L Belge michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Lisa Holbrooks michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant Jed W Masters michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Shirley Frost michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Counter-Claimant James Parker michael@thedoddlawfirm.com

Michael Bland Dodd
    on behalf of Defendant Jody M Patterson michael@thedoddlawfirm.com

Randy A. Skinner
    trustee@skinnerlawfirm.com wpeterkin@skinnerlawfirm.com;SC09@ecfcbis.com;ecf.alert+Skinner@titlexi.com

Teri Callen
    on behalf of Defendant Sheri Kimball  Trustee for Trust B Under Will of James Perry Kimball dated January 13, 2003
    teri.callen@outlook.com

Teri Callen
    on behalf of Defendant James P Kimball teri.callen@outlook.com

US Trustee
    USTPRegion04.CO.ECF@usdoj.gov


TOTAL: 195