**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF SOUTH CAROLINA**

| | |
|---|---|
| In re,<br><br>Foxwood Hills Property Owners Association, Inc.,<br><br>Debtor(s). | C/A No. 20-02092-HB<br><br>Adv. Pro. No. 20-80049-HB<br><br>Chapter 11 |
| Foxwood Hills Property Owners Association, Inc.,<br><br>Plaintiff(s),<br><br>v.<br><br>783-C, LLC *et al.*,<br><br>Defendant(s). | **ORDER CHANGING HEARING LOCATION FROM SPARTANBURG TO GREENVILLE** |

**TAKE NOTICE THAT** the hearing location for the continued Joint Pretrial Conferences for Plaintiff Foxwood Hills Property Owners Association, Inc., the listed Defendants represented by Michael Dodd, Esq, and defendant Christopher A. Pierce, scheduled for **April 5, 2022, at 10:30 a.m.** to be held in Spartanburg, SC **IS HEREBY CHANGED TO the Clement F. Haynsworth Federal Building and U.S. Courthouse, 300 East Washington Street, Greenville, SC 29601** at the same date and time.

**AND IT IS SO ORDERED.**

**FILED BY THE COURT**
**02/03/2022**



Chief US Bankruptcy Judge
District of South Carolina

Entered: 02/03/2022