OFFICE OF THE CLERK

# UNITED STATES BANKRUPTCY COURT

L. Jefferson Davis, IV
Clerk of Court

DISTRICT OF SOUTH CAROLINA
J. BRATTON DAVIS UNITED STATES BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA, SOUTH CAROLINA 29201-2423

TELEPHONE (803)765-5436
www.scb.uscourts.gov

---

DATE: August 12, 2024

TO: Chris Pierce

605 White Owl Ln.
Seneca, SC 29678

RE: Reclamation of Exhibits
Case Name: Foxwood Hill Property Owners Association, Inc. v. 783-C. LLC et al
Case No: 20-2092-hb; Adv. No: 20-80049-hb

You submitted certain materials/documents into evidence during a trial or hearing in the above-captioned case.

Pursuant to District of South Carolina Local Bankruptcy Rule 9070-1, exhibits shall be claimed by the applicable party within 14 days after the expiration of the time for appeal.

This is to advise you that, unless you claim and remove the exhibits from this office within 14 days of the date of this letter, they will be destroyed as provided by Local Rule 9070-1. Please contact me at 864-586-7312 to coordinate return of these exhibits.

L. Jefferson Davis, IV, Clerk of Court
United States Bankruptcy Court

BY: ______________________
L. Baker, Deputy Clerk

Acknowledgment of Receipt of Exhibits Previously Introduced at a trial/hearing.

| Exhibit | On Behalf Of | Date Introduced |
| --- | --- | --- |
| 1A - 4B; 5-6; A - L | Chris Pierce | February 24, 2023 |

Received by: ______________________________ on ______________
Attorney's Signature Date

______________________________ ______________
Typed or Printed Name District Court ID No.

Received by: ______________________________ on ______________
Courier's Signature Date